Sumbitted on record and briefs June 10, affirmed July 14, 1993

## STATE OF OREGON,
*Respondent,*

*v.*

## CHESTER B. WOODS,
*Appellant.*

(92C-20826; CA A77593)

856 P2d 321

Sally L. Avera, Public Defender, and Diane L. Alessi, Chief Deputy Public Defender, Salem, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Kaye E. Sunderland, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Pursuant to plea negotiations, defendant pled guilty to the offense of being a "felon in possession of a firearm." ORS 166.270. The court then dismissed a charge of robbery, on motion of the state. Defendant challenges the term of post-prison supervision imposed. Although the state concedes that the court erred, we do not have authority to review the claim of error, because the sentence resulted from a plea agreement. ORS 138.222(2)(d); *State v. Adams*, 315 Or 359, 847 P2d 397 (1993); *State v. Kilborn*, 120 Or App 462, 852 P2d 935 (1993); *State v. Johnston*, 120 Or App 165, 851 P2d 1156 (1993).

Affirmed.